IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOCKET #
U.S. DISTRICT COURT
WEST. DIST. OF WISCONSIN

JAN 2 2 2008

FILED
THERESA M. OWENS, CLERK
CASE #

---

ARTHUR J. MORRISSETTE,

    Plaintiff,

vs.

SPECIALIZED CARRIERS, INC., and
EAGLE-AMERICAN TRUCKING CO.,

    Defendants.

Case No. 07-C-0402-S

---

### JUDGMENT

---

Based on the court's Order for Judgment entered January 15, 2008:

IT IS ADJUDGED, that plaintiff Arthur J. Morrissette, who resides at E3965 850th Avenue, Menomonie, Wisconsin 54751 shall recover from defendants, Specialized Carriers, Inc., a Minnesota corporation and Eagle-American Trucking Co., a Minnesota corporation, jointly and severally, the sum of $28,000.00 inclusive of all costs and attorneys fees.

Dated: 1/15/08

BY THE COURT:

~~Clerk of Court~~

/s/ John C. Shabaz
District Judge

Entered this 22nd day of January, 2008.

/s/ Theresa Owens
THERESA M. OWENS
CLERK, U.S. DISTRICT COURT

1